(INND Rev. 1/21)                                                                                                page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA -*FILED*-

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

JUN 9 2023

At _____
Chanda J. Berta, Acting Clerk ___ M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Gregory L Haltom _____ ,

*[You are the **PLAINTIFF**, print your full name on this line.]*

v.

Case Number _4:23cv46_

*[For a new case in this court, leave blank. The court will assign a case number.]*

Tippecanoe School Corporation, et.al _____ ,

*[The **DEFENDANT** is who you are suing.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

# EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 4304 Mayflower Drive  Lafayette, IN 47909 _____

_____

2. My telephone number is: ( 765 ) 426-1480 _____

3. The Defendant's address is: 21 Elston Road  Lafayette, IN 47909 _____

_____

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      *[race, color, gender, religion, national origin]*

   ☑ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the

   Indiana Civil Rights Commission on: N/A _____

6. The date on my Notice of Right to Sue letter is: March 6th, 2023 _____

7. The date I received my Notice of Right to Sue letter was: March 11, 2023 _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. From October of 2012 until November of 2021, I was employed by the Tippecanoe School Corporation in Lafayette, Indiana. From October of 2012 until August of 2014, I held the position of Operations Manager in the Transportation Department. From August of 2014 until November of 2021 I held the position of Director of Transportation.

2. While I was the Director of Transportation, I was tasked with the overall management of the Transportation Department, to include planning for future growth and development. On at least 6 occasions, I made recommendations to the District Administrators regarding changes that needed to be implemented to meet the coming growth that our area was preparing to experience. I began making these recommendations in the fall of 2014 and continued to make proposals for the betterment of the Department until September of 2022. These recommendations included increased pay for bus drivers, increased pay for office staff, increased number of supervisory staff, employee benefits for bus drivers, multi-tiered bell times to decrease the number of drivers needed, just to name a few. None of these proposals were ever accepted by the District Administrators. I made it very clear to the leadership of the District that if changes were not made that there would come a day soon when the Transportation Department would not be able to meet the demands of the District. During this same time frame, departments within the district that were managed by females were allowed to create staff positions and conduct their departments as they saw fit.

3. On September 28th, 2021, I was informed by District Administrator Amanda Brackett that my employment contract would not be renewed for the 2022-23 school year. This action was taken in apparent response to the beginning of the 2021-22 school year, as I had signed a continuing employment contract in July of 2021 for the same school year. This was apparently

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

substantiated through the use of a poor performance evaluation for the 2020-21 school year. I had not received any poor performance reviews up to that point and I received no opportunity at corrective action or improvement. I was not informed of any law or Corporation policy that I had violated.

4. On 11/2/2021, I received an official separation agreement from the Tippecanoe School Corporation. This agreement did not contain any language advising me to contact an attorney, nor did it offer any sort of consideration for signing off on the agreement, which contained a non-disparagement clause. This agreement was offered to me by District Administrator Doug Allison. Mr. Allison began checking on whether or not I was going to accept the agreement on 11/4/2021. Doug contacted me again on 11/5/2021 and 11/9/2021 inquiring as to whether or not I was going to accept the agreement. I had contacted my attorney to look over the agreement and she was able to respond to me on 11/10/2021. I advised my attorney that of the offer of the separation agreement by the District and informed her that they wanted an answer quickly. My attorney advised that the District was in violation of the Older Workers Benefit Protection Act because they were not allowing me at least 21 days to review the agreement. I passed this information on to Mr. Allison, who advised that he did not think I had a claim and wanted to get my resignation on the November Board of Trustees meeting agenda on 11/10/2021 and wanted an answer by 3:00 PM on that day.

5. On 11-11-2021, Mr. Allison presented me with an updated separation agreement. He advised me that he was drafting a separation agreement that excluded any violations under the Age Discrimination in Employment Act and that I needed to sign the agreement today or it was off of the table and the District would be posting my position. I advised Mr. Allison that I needed my attorney to review the agreement before I could sign it. On 11-12-2021, Mr. Allison sent me an email asking if I was going to sign the agreement. I had not yet received any of the updated information on the amended separation agreement. Mr. Allison then sent me a copy of the agreement which I forwarded to my attorney.

6. On 11-15-2021, Mr. Allison emailed me asking if I had contacted my attorney and I advised him that I had not, but that I would notify him as soon as I heard from her. I later heard from my attorney, who advised me how I needed to respond to the agreement. I did so by responding to Mr. Allison with a spreadsheet amendment to the agreement that I would accept. On 11-17-2021, I received an email from Mr. Allison advising me that I could sign the agreement that he had given me or I could be terminated, but that my last day with the District was today. I advised Mr. Allison that I would not be signing the agreement because the District was not following the law (OWBPA). Mr. Allison came over to my office in the afternoon and offered me yet another separation agreement. He left the agreement in my office and advised that I could sign the agreement or not. I did not sign the agreement because it did not meet the provisions of the OWBPA.

7. It should be noted that Mr. Allison continually told me that if I signed the separation agreement that I could "tell my own story" about my departure from the District. On 11-18-2021, a news story was run on our local television station (WLFI) regarding my departure. I found this odd because several other employees who were forced to resign or were terminated never had their information publicized to the media. This appeared to me to be a direct act to disgrace my reputation and prevent me from obtaining gainful employment by the Tippecanoe School Corporation.

8. In May of 2022, Kirk Brooks was hired as my replacement. Kirk is more than 10 years younger than I am. Kirk was allowed to do several things to attempt to improve the District that I had been asking to do for years.

9. For all of the reasons stated above, I believe that TSC should be held liable for violating Equal Employment Opportunity Commission law governing discrimination on the basis of age and gender, violating 3 separate provisions of the Older Workers Benefit Protection Act, and for violating EEOC law regarding retaliation.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

_MONETARY CONSIDERATION CONSISTANT WITH JUDICIAL_
_DECISION; PUBLIC STATEMENT BY DEFENDENT TO_
_RESTORE MY REPUTATION_

DOCUMENTS – I have attached a copy of the following documents:

○ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☑ Notice of Right to Sue letter

○ Other: _____

_____

FILING FEE – Are you paying the filing fee?

☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

___✓___ I will keep a copy of this complaint for my records.

___✓___ I will promptly notify the court of any change of address.

___✓___ I declare **under penalty of perjury** that the statements in this complaint are true.

_____        6-9-23
Signature                                              Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*